**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
**ISABELLA ALDRETTE ELLINGSTON and**
**PILAR CARDENAS CASTILLO**

                         **Plaintiff**

**v.**

                                            **Index No. 25-cv-2419-PMH**

**SAMANTHA COMMUNICATIONS, INC. d/b/a**
**MATEO COMMUNICATIONS and**
**ANN FRANCES GLICK**

                       **Defendants.**
------------------------------------------------------------------------x

## NOTICE OF APPEARANCE

***PLEASE TAKE NOTICE*** that Darren Rumack, Esq. of the law firm The Klein Law Group P.C., hereby enters his appearance as counsel for Samantha Communications Inc. d/b/a Mateo Communications and Ann Frances Glick ("Defendants"), to represent them in connection with the above-captioned proceeding.

        Mr. Rumack's contact information is:
        The Klein and Cardali Law Group PLLC
        39 Broadway 35th Floor,
        New York, NY 10006

        Attn: Darren Rumack, Esq.
        Tel: (212) 344-9022
        Fax: (212) 344-0301
        Email: drumack@kleinandcardalilaw.com

Dated: April 11, 2025
New York, New York

The Klein and Cardali Law Group PLLC.
Counsel to Defendants

By: /s/ Darren Rumack_____
Darren Rumack
39 Broadway 35th Floor
New York, New York 10006
(212) 344-9022