```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
ISABELLA ALDRETTE ELLINGSTON and PILAR   :
CARDENAS CASTILLO,                        :
                                          :
              Plaintiffs,                 :
                                          :     No. 25 Civ. 2419
       -against-                          :
                                          :
SAMANTHA COMMUNICATIONS, INC. d/b/a       :     NOTICE OF
MATEO COMMUNICATIONS, and ANN             :     APPEARANCEOF COUNSEL
FRANCES GLICK,                            :
                                          :
              Defendants.                 :
----------------------------------------------------------------- X
```

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

     Kindly enter my appearance as counsel for Plaintiffs Isabella Aldrette Ellingston and Pilar Cardenas Castillo. I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

Dated: New York, New York
       April 11, 2025

                                    PECHMAN LAW GROUP PLLC

                                    By: */s/ Gianfranco J. Cuadra*
                                        Gianfranco J. Cuadra (GC-3633)
                                        Pechman Law Group PLLC
                                        488 Madison Avenue, 17th Floor
                                        New York, New York 10022
                                        Tel.: (212) 583-9500
                                        Fax.: (212) 409-8763
                                        cuadra@pechmanlaw.com

                                        *Attorney for Plaintiffs*