UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
ISABELLA ALDRETTE ELLINGSTON and PILAR
CARDENAS CASTILLO,

                      Plaintiffs,

       -against-

SAMANTHA COMMUNICATIONS, INC. d/b/a
MATEO COMMUNICATIONS and ANN
FRANCES GLICK,

                      Defendants.
-------------------------------------------------------------------- X

No. 25 Civ. 2419 (PMH)

~~(PROPOSED)~~ JUDGMENT *PMH*

**The Court Orders that:**

Plaintiffs Isabella Aldrette Ellingston and Pilar Cardenas Castillo recover from Defendants Samantha Communications, Inc. d/b/a Mateo Communications and Ann Frances Glick, jointly and severally, the total amount of One Hundred Seventy-Five Thousand Dollars and Zero Cents ($175,000.00), inclusive of attorneys' fees and costs, as set forth and subject to the terms in the accepted offer of judgment (ECF No. 12).

*PMH* ~~Dated: White Plains, New York~~
       ~~_____, 2025~~

Plaintiff having filed the offer, acceptance, and an appropriate proof of service with the Court in accordance with Rule 68(a) (Doc. 12); and good cause having been shown; judgment is hereby entered against Defendants, jointly and severally, as set forth above. *PMH*

~~SO ORDERED.~~

*PMH* There being no just reason for delay, the Clerk of Court is respectfully directed to enter this Order and Judgment against Defendants Samantha Communications, Inc. d/b/a Mateo Communications and Frances Glick forthwith and without further notice.

~~_____~~
~~Hon. Philip M. Halpern~~ *PMH*
~~United States District Judge~~

The Clerk of Court is futher respectfully directed to close this case.

Dated: White Plains, New York
       _____May 19__, 2025

SO ORDERED:

/s/ *signature*
_____ *PMH*
Hon. Philip M. Halpern
United States District Judge